IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 21-CR-00260-JWD |
| ) | |
| WENDY DAWN JOHNSON, ) | |
| ) | |
| Defendant. ) | |

# **ORDER**

Before the Court is Defendant's Motion for Leave to File Under Seal ("Motion"). [Doc. No. 55]. The Motion requests an order allowing the defense to file the 2 attached exhibits [Doc. Nos. 55-1 and 55-2] to Defendant's Motion for Downward Variance under seal given the nature of the information contained in the exhibits.

"Courts have long recognized a common-law right of access to judicial records." *Mann v. Boatright*, 477 F.3d 1140, 1149 (10th Cir. 2007). "Whether judicial records and other case-related information should be sealed or otherwise withheld from the public is a matter left to the sound discretion of the district court." *Id.* Federal Rule of Criminal Procedure 49.1(d) provides that "[t]he court may order that a filing be made under seal without redaction. The court may later unseal the filing or order the person who made the filing to file a redacted version for the public record."

Under Rule 49.1(d), the Court GRANTS the Motion, but cautions that this Order may be revisited, modified, or vacated at any time until the conclusion of this litigation with notice and an opportunity to respond. Counsel for Defendant may file the 2

attached exhibits [Doc. Nos. 55-1 and 55-2] to Defendant's Motion for Downward Variance under seal, consistent with the CM/ECF Administrative Guide for the Eastern District of Oklahoma.

IT IS SO ORDERED this 6th day of June 2023.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE